THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT
 SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS
 PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Brady Lloyd, Appellant.
 
 
 

Appeal From Spartanburg County
 J. Derham Cole, Circuit Court Judge
Unpublished Opinion No. 2009-UP-197
Submitted April 1, 2009  Filed May 6,
 2009    
APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Brady
 Lloyd appeals his conviction and sentence for assault and battery of a high and
 aggravated nature and armed robbery.  Lloyd argues the trial court erred by
 failing to suppress certain statements he made in phone conversations while he
 was in pre-trial detention.  After a thorough review of the record and counsel's
 brief pursuant
 to Anders v. California, 386 U.S. 738 (1967), we dismiss[1] Lloyds appeal and grant counsel's motion to be relieved.  
APPEAL
 DISMISSED.
SHORT,
 THOMAS, and GEATHERS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.